UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HOUSMAN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1198 |
| v. | : | (MANNION, D.J.) |
| | | (SAPORITO, M.J.) |
| JOHN E. WETZEL, *et al.*, | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the Report of Judge Saporito, **(Doc. 9)**, is **ADOPTED IN PART**, to the extent that it finds the court lacks jurisdiction over the petitioner's habeas petition, **(Doc. 1)**, challenging his homicide conviction;

**(2)** the petitioner's objections to the Report, **(Doc. 10)**, are **OVERRULED IN PART**, regarding the jurisdictional issue, and **SUSTAINED IN PART**, for further consideration as to whether his petition should be held in abeyance until he is resentenced; and

- 2 -

**(3)**   the Clerk of Court is directed to **REMAND THIS CASE** to Judge Saporito for further consideration as specified in the accompanying Memorandum.

                        s/ *Malachy E. Mannion*
                        **MALACHY E. MANNION**
                        **United States District Judge**

**Date: October 27, 2020**
20-1198-02-ORDER